FILED

2009 Feb-04  PM 02:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **ROSIE BRYANT,** | } | |
| | } | |
| **Plaintiff,** | } | |
| | } | |
| **v.** | } | **Case No.:  2:08-CV-01643-RDP** |
| | } | |
| **FRANKLIN COLLECTION** | } | |
| **SERVICE, INC., et al.,** | } | |
| | } | |
| **Defendants.** | } | |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal (Doc. #21) filed by the parties herein on February 4, 2009, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**.  The parties are to bear their own costs, expenses and attorney's fees.

**DONE** and **ORDERED** this _____4th_____ day of February, 2009.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE